IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

HEATHER COSTA                                                                                    PLAINTIFF

v.                                            Case No. 5:13-CV-05140

SOLOMON ORTHODONTIC SYSTEMS, LLC;
ORTHOSYNETICS, INC.; and ARKANSAS
ORTHODONTICS                                                                                   DEFENDANTS

## O R D E R

Now before the Court is the motion (Doc. 17) of attorney Shannon C. Haupt, of law firm Leonard & Associates, P.L.L.C., to withdraw as counsel of record for Plaintiff Heather Costa. The Court, being well and sufficiently advised, finds that the motion should be GRANTED, and Shannon C. Haupt is permitted to withdraw as counsel for Plaintiff.

Plaintiff is hereby **ORDERED** to have another attorney enter an appearance on her behalf or, in the alternative, to advise the Court that she wishes to represent herself in this matter by proceeding without counsel, *pro se.* Such appearance must be entered or notification received **on or before September 23, 2013**. **Plaintiff is advised that her failure to comply with this order may result in the dismissal of her action**. If Plaintiff files with the clerk of court a request for an extension of this deadline *before September 23, 2013*, the Court may extend the deadline if the Court finds that there is a good reason to do so. Ms. Haupt is directed to provide Plaintiff with a copy of this Order.

IT IS FURTHER ORDERED that the unopposed motion (Doc. 18) for extension of time to file a response to the pending motion to dismiss is GRANTED. Plaintiff will have 30 days from the date that the Court receives notification that either new counsel has entered an appearance on Plaintiff's behalf or that Plaintiff will proceed *pro se* to respond to the currently pending motion

(Doc. 15) to dismiss.

      IT IS SO ORDERED this 21st day of August, 2013.

                                      /s/ P. K. Holmes, III
                                      P.K. HOLMES, III
                                      CHIEF U.S. DISTRICT JUDGE